United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO TAMAYO,

          Plaintiff,

    v.

J. GARCIA, et al.,

          Defendants.

Case No. 23-cv-01749-NW

**ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF**

On April 21, 2026, the Court referred Plaintiff Sergio Tamayo to the Federal Pro Se Program to find a volunteer attorney to represent him in this prisoner civil rights matter.

The Federal Pro Se Program has informed the Court in writing that Glenn Katon (Cal. SBN 281841) of the law firm Katon.Law, 385 Grand Avenue, Suite 200, Oakland, California 94610, has agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court appreciates counsel's interest and commitment, and, good cause shown, **APPOINTS** Glenn Katon as pro bono counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1), General Order No. 25 and the Federal Pro Se Project's guidelines.

The Clerk shall update the docket to reflect Plaintiff's newly appointed counsel and set this matter for a case management conference within 120 days of this order. All proceedings in this action are stayed until that time.

**IT IS SO ORDERED.**

Dated: April 24, 2026

Noël Wise
United States District Judge