Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

**ATTORNEY FOR PLAINTIFF**
**SERGIO TAMAYO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TAMAYO, | ) 5:23-cv-01749-NW |
| | ) |
| Plaintiff, | ) **CONFLICTS, INTERESTED ENTITIES** |
| | ) **AND PERSONS, AND CITIZENSHIP** |
| vs. | ) |
| | ) |
| J. GARCIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR PLAINTIFF

CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP
Case No. 5:23-cv-01749-NW

1