UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO TAMAYO,

        Plaintiff,

    v.

J. GARCIA, et al.,

        Defendants.

Case No. 23-cv-01749-NW

**CASE MANAGEMENT AND PRETRIAL ORDER**

Consistent with the Court's discussion with the parties at the August 4, 2026, case management conference, the Court issues the following Case Management and Pretrial Order.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | September 04, 2026 |
| Opening Expert Reports | September 18, 2026 |
| Rebuttal Expert Reports | September 28, 2026 |
| Close of Expert Discovery | October 09, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: October 16, 2026<br><br>**Responses**: October 21, 2026<br><br>**Replies**: October 23, 2026 |
| Hearing on Dispositive and *Daubert* Motions and Trial Readiness Conference | October 28, 2026 at 11:00 a.m. |
| Deadline to File Joint Pretrial Conference Statement | November 04, 2026 |
| Final Pretrial Conference | November 18, 2026 at 2:00 p.m. |
| Trial | December 10, 2026 at 9:00 a.m. |
| Length of trial | 3 days |

**IT IS SO ORDERED.**

Dated: August 4, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California

2