Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

**ATTORNEY FOR PLAINTIFF SERGIO TAMAYO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SERGIO TAMAYO,<br>Plaintiff,<br>v.<br>J. GARCIA, et al.,<br>Defendants. | Case No. 5:23-cv-01749-NW<br><br>**STATUS REPORT REGARDING FURTHER SETTLEMENT CONFERENCE** |

Pursuant to the Court's August 4, 2026 Minute Entry (ECF 59), the parties request further settlement conference with Magistrate Judge Robert M. Illman. The parties ask that Judge Illman schedule the conference after the close of discovery on September 4, 2026.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

COUNSEL FOR PLAINTIFF TAMAYO