ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3611
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SERGIO TAMAYO,**<br>Plaintiff,<br>**v.**<br>**J. GARCIA, et al.,**<br>Defendants. | 5:23-cv-01749-NW<br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DATES** |

Pursuant to Civil Local Rule 6-2, Plaintiff Sergio Tamayo and Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood (together "the Parties") through their respective attorneys of record, hereby submit the foregoing stipulation to extend the Expert Discovery Dates based upon the following:

After conferring with counsel for Defendants, Plaintiff's counsel served notices of deposition for each of the six Defendants and a Rule 30(b)(6) deposition for the California Department of Corrections and Rehabilitation (CDCR). To date, Plaintiff has deposed five of the six Defendants. One of the Defendants has been on leave and has been difficult to schedule. In addition, CDCR requires additional time to prepare for the subject matter noticed.

Accordingly, the Parties propose an extension of time to complete fact and expert discovery as set forth below. This extension will not affect the trial date if granted.

**<u>Discovery Dates</u>**

1. On August 4, 2026, the Court issued an order setting the following deadlines related to discovery:
    - Close of Fact Discovery—September 4, 2026
    - Opening Expert Reports—September 18, 2026
    - Rebuttal Expert Reports—September 28, 2026
    - Close of Expert Discovery—October 9, 2026.
2. The Parties have agreed that those dates should be extended as follows:
    - Close of Fact Discovery—September 18, 2026
    - Opening Expert Reports—September 25, 2026
    - Rebuttal Expert Reports—October 5, 2026
    - Close of Expert Discovery—October 12, 2026
3. The requested extensions to the dates related to expert discovery will not affect any of the other dates set in the case.

IT IS SO STIPULATED.

Dated: September 3, 2026

Katon Law

By: */s/ Glenn Katon*

Glenn Katon
*Attorney for Plaintiff*
*Sergio Tamayo*

Dated: September 3, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Michael Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood*

SF2024402752
45258946.docx

**ATTESTATION**

I am the ECF user filing the foregoing Stipulation and [Proposed] Order. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the other signatories has concurred in the filing of this document.

DATED: September 3, 2026

By: */s/ Michael J. Quinn*
Michael J. Quinn
*Attorneys for Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________________
NOËL WISE
United States District Judge

## CERTIFICATE OF SERVICE

Case Name: ***S. Tamayo (AY9771) v. Garcia, et al.*** No. **5:23-cv-01749-NW**

I hereby certify that on September 3, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DATES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 3, 2026, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2024402752
45266724.docx