Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

**ATTORNEY FOR PLAINTIFF
SERGIO TAMAYO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SERGIO TAMAYO,<br>Plaintiff,<br>v.<br>J. GARCIA, et al.,<br>Defendants. | Case No. 5:23-cv-01749-NW<br><br>**STIPULATION TO EXTEND TIME FOR RULE 30(b)(6) DEPOSITION OF CDCR AND ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiff Sergio Tamayo and Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood (together "the Parties") through their respective attorneys of record, submit the follow Stipulation to Extend Time for Rule 30(b)(6) Deposition of CDCR, based upon the following:

The Court's August 4, 2026 Case Management and Pretrial Order (ECF 60) set the close of fact discovery on September 4, 2026. After conferring with counsel for Defendants, Plaintiff's counsel served a notice of Rule 30(b)(6) deposition for the California Department of Corrections and Rehabilitation (CDCR) September 3, 2026, at 10:00 a.m. CDCR was unable to make the necessary witness(es) available for that date and the parties filed a stipulated motion to extend time until September 18, 2026, to complete the deposition of CDCR and defendant K. Hood, who was also unavailable during the window Plaintiff requested. The Court granted the extension, and Plaintiff has completed the deposition of K. Hood. Plaintiff requested dates for CDCR and

noticed that deposition for September 18, 2026. CDCR was not, however, able to make witness(es) available on that date.

The Parties now move the Court to extend the deadline for Plaintiff to depose CDCR until October 2, 2026, and give CDCR until September 23, 2026, to provide at least two available dates for its Rule 30(b)(6) deposition. This proposed extension would not affect the trial date or other dates set in the case.

Dated: September 19, 2026

Respectfully submitted

Katon.Law

*/s/ Glenn Katon*
GLENN KATON
*Attorney for Plaintiff Sergio Tamayo*

and

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Michael J. Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants J. Romero, S. Maldonado, J. Garcia, A. Maylin, D. Wallace, and K. Hood*

**ORDER**

Based upon the parties' stipulation, the Court ORDERS CDCR to make witness(es) available to testify no later than October 2, 2026, on the subject matter previously described by Plaintiff's Notices of Rule 30(b)(6) Deposition, and that no later than September 23, 2026, CDCR provide Plaintiff at least two available dates for its Rule 30(b)(6) deposition.

IT IS SO ORDERED on September 22, 2026.

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE