Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

**ATTORNEY FOR PLAINTIFF SERGIO TAMAYO**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SERGIO TAMAYO,<br><br>Plaintiff,<br><br>vs.<br><br>J. GARCIA, et al.,<br><br>Defendants. | **5:23-cv-01749-NW**<br><br>**STIPULATED MOTION FOR LEAVE TO DEPOSE NONPARTY WITNESS IN PRISON** |

The parties move the Court for leave to depose a nonparty incarcerated witness past the discovery deadline, based upon the following:

Counsel for the parties recently learned of an alleged witness to the use of force incident that is the subject of this case. The witness is incarcerated in a California Department of Corrections and Rehabilitation institution. Counsel for Defendants has made arrangements for the video deposition of the witness should the Court grant the requested leave. The parties believe it unnecessary to disclose the name of the witness in a public filing to protect his privacy, but can provide the name to the Court in camera or under seal upon request. Because discovery is closed and the witness is in prison, taking his deposition requires leave of Court pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) and Local Rule 6-1(b).

The Court's Case Management and Pretrial Order set a September 04, 2026 Close of Fact Discovery. ECF 60. The Court has extended that deadline for purposes of a Rule 30(b)(6) deposition of CDCR and the deposition of one defendant. ECF 67, 70. Extending the deadline as requested here will not affect the other deadlines in the case.

Based upon the foregoing, the Court should grant the parties' Stipulated Motion For Leave To Depose Nonparty Witness In Prison within 30 days.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR PLAINTIFF
SERGIO TAMAYO

OFFICE OF THE ATTORNEY GENERAL

/s/ Michael J. Quinn
Michael J. Quinn
Deputy Attorney General

ATTORNEYS FOR DEFENDANTS

**ORDER**

After careful consideration, the parties' Stipulated Motion For Leave To Depose Nonparty Witness In Prison within 30 days of the entry of this order is GRANTED.

It is SO ORDERED on October 14, 2026.

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE