Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

**ATTORNEY FOR PLAINTIFF**
**SERGIO TAMAYO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SERGIO TAMAYO,<br>Plaintiff,<br>v.<br>J. GARCIA, et al.,<br>Defendants. | Case No. 5:23-cv-01749-NW<br><br>**[Proposed] ORDER GRANTING LEAVE TO DEPOSE WITNESS MANUEL GARCIA** |

After careful consideration of Plaintiff's Administrative Motion For Leave To Depose Witness Manuel Garcia and Defendants' Opposition to the motion, the Court finds that the motion should be and is GRANTED. Plaintiff may depose Manuel Garcia (CDCR No. BH6322), who is currently incarcerated at Folsom State Prison. The California Department of Corrections and Rehabilitation shall make Mr. Garcia available for deposition as soon as practicable and no later than November 16, 2026.

It is SO ORDERED on October ___, 2026.

______________________________
HON. NOËL WISE
UNITED STATES DISTRICT JUDGE