Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

**ATTORNEY FOR PLAINTIFF SERGIO TAMAYO**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SERGIO TAMAYO,<br>Plaintiff,<br>vs.<br>J. GARCIA, et al.,<br>Defendants. | **5:23-cv-01749-NW**<br><br>**STIPULATED MOTION FOR LEAVE TO DEPOSE WITNESS SEAN BURRIS; ORDER AS MODIFIED** |

The parties move the Court for leave to depose a nonparty witness Sean Burris past the fact discovery deadline, based upon the following:

Counsel for the parties learned during the Rule 30(b)(6) deposition of a California Department of Corrections and Rehabilitation representative on September 30, 2026, that Lieutenant Sean Burris may have information relevant to Plaintiff's claim. Because fact discovery is closed, taking his deposition requires leave of Court pursuant to Civil Local Rule 6-1(b).

The Court's Case Management and Pretrial Order set a September 4, 2026 Close of Fact Discovery. ECF 60. The Court extended that deadline for purposes of a Rule 30(b)(6) deposition of CDCR and the deposition of one defendant. ECF 67, 70. Extending the deadline again as requested here will not affect the other deadlines in the case.

Based upon the foregoing, the Court should grant the parties' Stipulated Motion For Leave To Depose Witness Sean Burris within ~~30~~ 21 days.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR PLAINTIFF
SERGIO TAMAYO

OFFICE OF THE ATTORNEY GENERAL

/s/ Michael J. Quinn
Michael J. Quinn
Deputy Attorney General

ATTORNEYS FOR DEFENDANTS

**ORDER AS MODIFIED**

After careful consideration, the parties' Stipulated Motion For Leave To Depose Witness Sean Burris within ~~30~~21 days of the entry of this order is GRANTED.

It is SO ORDERED on October _16_, 2026.

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE