GLENN KATON (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 463-3350
Email: gkaton@katon.law

*Attorney for Plaintiff*
SERGIO TAMAYO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SERGIO TAMAYO,<br><br>Plaintiff,<br><br>v.<br><br>J. GARCIA, et al.,<br><br>Defendants. | **Case No. 5:23-cv-01749-NW**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF SHILO BACCA** |

Pending before the Court is Plaintiff's Motion to Exclude the Expert Testimony of Correctional Captain Shilo Bacca. After careful consideration of the motion and parties' submissions, the Court finds that the motion has merit and should be and is GRANTED.

Correctional Captain Shilo Bacca is excluded from testifying at trial.

It is SO ORDERED on October ___, 2026.

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE