UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO TAMAYO,
Plaintiff,

v.

OFFICER J. GARCIA, et al.,
Defendants.

Case No. 23-cv-01749-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 78

On October 21, 2026, the Honorable Robert M. Illman reported that this matter has "settled in full," with "[m]aterial terms placed on the record." ECF No. 78. Accordingly, all dates and deadlines are VACATED, and the pending motion to exclude an expert witness (ECF No. 77) is TERMINATED as moot.

Parties shall file their stipulation of dismissal within 22 days by **Friday, November 13, 2026**. The Court sets a compliance hearing regarding dismissal for **Tuesday, December 8, 2026**, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by November 13, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing **by Tuesday, December 1, 2026**. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Noël Wise
United States District Judge