ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
CASEY TRANG
Deputy Attorney General
NATHAN GUERRERO
Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3611
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Garcia, Maylin, Romero, Hood, Maldonado, and Wallace*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SERGIO TAMAYO,**<br>Plaintiff,<br>**v.**<br>**J. GARCIA, et al.,**<br>Defendants. | 5:23-cv-01749-NW<br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Sergio Tamayo and Defendants Garcia, Maylin, Romero, Hood, Maldonado, and Wallace have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Court to retain jurisdiction to enforce the settlement for six months from the entry of the stipulation.

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 11/13/2026

/s/ Glenn Katon
Glenn Katon
Katon.Law
*Attorney for Plaintiff Sergio Tamayo*

Dated: 11/13/2026

/s/ Michael J. Quinn
Michael J. Quinn, Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Garcia, Maylin, Romero, Hood, Maldonado, and Wallace*

.

SF2024402752
45405851.docx